IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JOSE D. TORRES,<br><br>     Defendant. | 4:16CR3093<br><br>**ORDER** |

  Defendant has moved to continue the trial currently set for December 12, 2016. (Filing No. 25). As explained in the motion, the parties are currently engaged in plea discussions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

  IT IS ORDERED:

1)  Defendant's motion to continue, (Filing No. 25), is granted.

2)  Trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 4, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 17, 2017, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

3)  Based upon the showing set forth in the defendant's motion and the representations of counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly,

  a.  The additional time arising as a result of the granting of the motion, the time between today's date and January 17, 2017, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7).

    b.    Failing to timely file an objection to this order as provided in the local rules of this court will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) **No further extensions will be granted absent a substantial showing of good cause.**

November 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge