AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

United States of America

v.

JOSE D. TORRES

Case No: 4:16-CR-3093

USM No: 29603-047

Date of Original Judgment: 5/17/2017
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

David Stickman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      121      months **is reduced to**      120      .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated   5/17/2017   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   January 26, 2024

*Judge's signature*

Effective Date:   February 1, 2024
*(if different from order date)*

Senior U.S. District Judge John M. Gerrard
*Printed name and title*

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: JOSE D. TORRES
CASE NUMBER: 4:16-CR-3093
DISTRICT: District of Nebraska

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 29 | Amended Total Offense Level: 29 |
| Criminal History Category: IV | Criminal History Category: III |
| Previous Guideline Range: 121 to 151 months | Amended Guideline Range: 120 to 135 months |

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a)** *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*
The seriousness of the offense, respect for the law, and just punishment for this particular offense.